UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIEBUG SOFTWARE, INC.<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>AULT ALLIANCE, INC.<br><br>　　　　　　　Defendants. | 24-CV-04369 (AKH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　A settlement conference is scheduled to be held remotely on **Wednesday, October 9, 2024 at 2:00 p.m**. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **July 17, 2024**, to propose three alternative dates and times for the settlement conference during the week of October 7, 2024. The Courtroom Deputy will email counsel the video conference details.

　　The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and update their pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **October 2, 2024**, at **5:00 p.m**.

DATED:　July 12, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge