UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
JEFFERIES STRATEGIC INVESTMENTS, LLC :
and LEUCADIA ASSET MANAGEMENT : **ORDER REGULATING**
HOLDINGS LLC, : **PROCEEDINGS**
:
                           Plaintiffs, : 24 Civ. 4369 (AKH)
:
   -against- :
:
GEORGE WEISS, :
:
                          Defendant. :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        An initial case management conference was held on October 11, 2024, and it was considered appropriate to proceed with motions practice. All motions must be made by November 1, 2024. All opposition papers must be filed by November 22, 2024. All replies must be filed by December 4, 2024. No adjournments will be granted.

        SO ORDERED.

|  |  |
|---|---|
| Dated:    October 11, 2024<br>              New York, New York | /s/ Alvin K. Hellerstein<br>_____<br>ALVIN K. HELLERSTEIN<br>United States District Judge |

1