**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JEFFERIES STRATEGIC INVESTMENTS, LLC
and LEUCADIA ASSET MANAGEMENT
HOLDINGS LLC,

                Plaintiffs,

    -against-                                  24 **CIVIL** 4369 (AKH)

                                                  **JUDGMENT**

GEORGE WEISS,

                Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 12, 2025, Plaintiffs' motion for summary judgment is granted and Defendant's cross-motion is denied. Final judgment is entered in favor of Plaintiffs; accordingly, the case is closed.

**Dated:**  New York, New York

      March 12, 2025

                                   **TAMMI M HELLWIG**
                                  _____
                                     **Clerk of Court**

**BY:**              K. mango

                                  _____
                                       **Deputy Clerk**