**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JEFFERIES STRATEGIC INVESTMENTS, LLC
and LEUCADIA ASSET MANAGEMENT
HOLDINGS LLC,

                Plaintiffs,

    -against-                                  24 **CIVIL** 4369 (AKH)

                                                  **CORRECTED JUDGMENT**

GEORGE WEISS,

                Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated May 20, 2025, final judgment is entered in favor of Plaintiffs, and against Defendant, in the sum of $113,493,250.00 (which accounts for the principal guaranteed and prejudgment interest), and post-judgment interest at a rate equal to the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding. See 28 U.S.C. § 196l(a).

**Dated:** New York, New York
       May 21, 2025

                                                            **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                                 **BY:**     *K. Mango*

                                                                 **Deputy Clerk**