UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JEFFERIES STRATEGIC INVESTMENTS, LLC :
and LEUCADIA ASSET MANAGEMENT :
HOLDINGS LLC, : **DISCOVERY ORDER**
:
Plaintiffs, :
: 24 Civ. 4369 (AKH)
-against- :
:
GEORGE WEISS, :
:
Defendant. :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      I lift the automatic 30-day stay provided under Fed. R. Civ. P. 62(a). *See Huzhou Chuangtai Rongyuan Inv. Mgmt. P'ship v. Hui Qin*, 21 Civ. 9221 (KPF), 2022 U.S. Dist. LEXIS 196796, at *2 (S.D.N.Y. Oct. 28, 2022). The purpose of Rule 62(a)'s automatic stay is to afford litigants the opportunity to file an appeal and/or to move for reconsideration or correction of the court's judgment. *See United States v. One 1962 Ford Galaxie Sedan*, 41 F.R.D. 156, 157 (S.D.N.Y. 1966). Here, both parties have done so, and thus, an automatic stay under Rule 62(a) is not necessary.

      With respect to the parties' contentions as to discovery production deadlines, Defendant shall begin a rolling production in response to Plaintiffs' subpoenas. Defendant's production shall be completed within 21 days from the entry of this Order.

SO ORDERED.

Dated:    May 29, 2025
            New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge